Lawrence W. TERRY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58515.

Missouri Court of Appeals,
Western District.

May 15, 2001.

Craig Allan Johnston, State Public Defender Office, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Lawrence W. Terry appeals the denial of his Rule 24.035 motion in which he sought relief from his conviction of the class D felony of failure to pay child support, entered pursuant to a guilty plea entered on April 14, 1997. We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).